No. 46729.—Protest 66098–K of Alfred Dunhill of London, Inc. (New York).

Opinion by OLIVER, P. J. It was stipulated that the lighter parts are similar to those the subject of *Alfred Dunhill of London, Inc.* v. *United States* (1 Cust. Ct. 301, C. D. 70) and Abstract 41307. In accordance therewith they were held dutiable at two-thirds of 1 cent each and two-fifths of 1 cent per dozen for each 1 cent the value exceeds 20 cents per dozen and 25 percent ad valorem under paragraph 1527 in view of T. D. 48316.